GEORGE F. COMSTOCK, Appellant and Respondent, *v.* THE CITY OF SYRACUSE et al., Appellants and Respondents.

WILLIAM A. SWEET, Appellant and Respondent, *v.* THE CITY OF SYRACUSE et al., Respondents and Appellants.

(Submitted October 19, 1891; decided October 27, 1891.)

MOTIONS for reargument.

*George F. Comstock* and *Charles H. Peck* for motions.

*Charles L. Stone* and *Willam A. Beach* opposed.

Agree to grant motions; no opinion.
All concur.
Motions granted. _____

HARMON C. SHULTZ, Respondent, *v.* GEORGE W. MEAD, Appellant.

(Submitted October 12, 1891; decided October 30, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made at the February Term, 1890, which affirmed a judgment in favor of plaintiff entered upon an order of the County Court of Kings county.

*George W. Mead* appellant in person.

*James & Thomas H. Troy* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____